IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PEDRO FELIPE LEMA,

   Petitioner,

    v.

UNITED STATES OF AMERICA,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-1776-TWT

**ORDER**

This is a habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the petition as a second or successive petition filed without obtaining the permission of the Court of Appeals. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Petitioner must refill the action in the Eleventh Circuit Court of Appeals if he wishes to seek permission to file a second or successive habeas corpus petition.

SO ORDERED, this 13 day of June, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge